# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

KATHRYN ELIZABETH JOHNSON,   Civil No. 14-3071 (JRT/SER)

Plaintiff,

v.   **ORDER**

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

Defendant.

---

Kathryn Elizabeth Johnson, Apartment 1, 5600 Knox Avenue South, Minneapolis, MN 55419, *pro se* plaintiff.

The above-captioned case comes before the Court on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

This action be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  October 23, 2014
at Minneapolis, Minnesota                   s/John R. Tunheim
                                                     JOHN R. TUNHEIM
                                                     U.S. District Judge